UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LAUREN S. ROSENBLATT, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil Action No:  5:15-cv-00953-FB |
| NATIONAL BOARD OF MEDICAL § | |
| EXAMINERS, § | |
| § | |
| Defendant. § | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Charles Weiner (the "Applicant") moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Lauren S. Rosenblatt in this case. In support thereof, Applicant would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm of:

   LAW OFFICE OF CHARLES WEINER
   Cambria Corporate Center
   501 Cambria Avenue
   Bensalem, PA 19020
   Telephone:  (267) 685-6311
   Telecopier:  (215) 604-1507

2. Applicant has been and presently is a member of and in good standing with the Pennsylvania since 1988. Applicant's bar license number is 52926.

3. Applicant has been admitted to practice before the following courts:

   (a) Supreme Court of Pennsylvania since November 10, 1988;
   (b) U.S.D.C. Eastern District of Pennsylvania since January 13, 2005; and

    (c) U.S. Court of Appeals for the Third Circuit since July 7, 2008.

  4. Applicant is presently a member in good stand of the bars of the courts listed above.

  5. Applicant has not previously applied to appear pro hac vice in this district court.

  6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

  7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

  8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

  9. Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas:

> Ricardo G. Cedillo
> Texas Bar No. 04043600
> rcedillo@lawdcm.com
> Ryan J. Tucker
> Texas Bar No. 24033407
> rtucker@lawdcm.com
> DAVIS, CEDILLO & MENDOZA, INC.
> 755 E. Mulberry Avenue, Suite 500
> San Antonio, TX 78212
> Telephone: (210) 822-6666
> Telecopier: (210) 822-1151

  10. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) made payable to: Clerk, U.S. District Court.

WHEREFORE, Applicant prays that this court enter an Order permitting the admission of Charles Weiner to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

By: */s/ Charles Weiner*
Charles Weiner, Esquire
charles@charlesweinerlaw.com
**LAW OFFICE OF CHARLES WEINER**
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
Telephone: (267) 685-6311
Telecopier: (215) 604-1507

Ricardo G. Cedillo
Texas Bar No. 04043600
rcedillo@lawdcm.com
Ryan J. Tucker
Texas Bar No. 24033407
rtucker@lawdcm.com
**DAVIS, CEDILLO & MENDOZA, INC.**
755 E. Mulberry Avenue, Suite 500
San Antonio, TX 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I certify that on November 3, 2015 a copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system which sent notification of this filing to all counsel of record.

*/s/Charles Weiner*
Charles Weiner