UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAUREN S. ROSENBLATT, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No: 5:15-cv-00953-FB |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § § § | |
| Defendant. | § § | |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Charles Weiner, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Charles Weiner may appear on behalf of Lauren S. Rosenblatt in the above case.

IT IS FURTHER ORDERED that Charles Weiner, if he has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE