IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAUREN S. ROSENBLATT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-15-CA-953-FB |
| | § | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § | |
| | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Before the Court is the Motion for Admission Pro Hac Vice filed on November 3, 2015 (docket #3), by Charles Weiner seeking authorization to appear in this case *pro hac vice* on behalf of the plaintiff, Lauren S. Rosenblatt. Mr. Weiner is a member in good standing of the Bar of the State of Pennsylvania and is licensed to practice before the United States Court of Appeals for the Third Circuit as well as the United States District Court for the Eastern District of Pennsylvania. A review of the motion reveals this is Mr. Weiner's first application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for out-of-district counsel if their practice in the Western District is limited to one case or as long as a licensed Western District of Texas attorney is involved in the case. In addition to being Mr. Weiner's first application, the motion also reveals a licensed Western District of Texas attorney has been designated as co-counsel. Therefore, after due consideration, the Court is of the opinion the motion should be granted such that Mr. Weiner may appear in this case *pro hac vice.*

-2-

Accordingly, IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* (docket #3) is GRANTED such that Charles Weiner may appear *pro hac vice* in this case. The Court further ORDERS counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas. IT IS FURTHER ORDERED that Charles Weiner immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2) if he has not already done so.

IT IS FURTHER ORDERED that Charles Weiner, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if he has not already done so. Mr. Weiner's *pro hac vice* status shall not take effect until he has complied with all of the requirements contained in this Order.

It is so ORDERED.

SIGNED this 17th day of November, 2015.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE