UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAUREN S. ROSENBLATT, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case Action No: 5:15-cv-00953-FB |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § § § § | |
| Defendant. | § | |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action, with each party to bear its own expenses, including attorneys' fees.

Respectfully submitted,

**DAVIS, CEDILLO & MENDOZA, INC.**
755 E. Mulberry Avenue, Suite 500
San Antonio, TX 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

By: */s/ Ricardo G. Cedillo*
 Ricardo G. Cedillo
 Texas Bar No. 04043600
 rcedillo@lawdcm.com
 Ryan J. Tucker
 Texas Bar No. 24033407
 rtucker@lawdcm.com

**ATTORNEYS FOR PLAINTIFF**